| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Canterbury Development Corporation | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>Premiere Client Brokerage | All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3468065 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>30 North LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Attn: Richard A. Sugar, Registered Agent | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>676 N. Michigan Avenue, Suite 3660<br>Chicago, Illinois 60611 | Mailing Address of Debtor (if different from street address): |

Location of Principal Assets of business Debtor
(if different from street address above):

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad<br>■ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____ | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 – Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C.§ 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ■ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000- ☐ |
|---|---|---|---|---|---|---|

Estimated Assets UNKNOWN

| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|

Estimated Debts

| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ■ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/13/2004
Time: 16:26:02
Debtor: CANTERBURY DEVELOPMENT
Case: 04-05583
Chapter: 7   Rec. #: 3062200   Fee: 209
Judge: John Schwartz
341 mtg: 04/08/2004 @ 01:30PM
Trustee: LEONARD GROUPE

1:04BK05583-BK001

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attached additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attached additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chose to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Gary A. Rosenberg_____
Signature of Authorized Individual

_Gary A. Rosenberg_____
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_Paula K. Jacobi_____
Printed Name of Attorney for Debtor(s)

_Sugar, Friedberg & Felsenthal LLP_
Firm Name

_30 North LaSalle Street, Suite 3000_
Address

_Chicago, Illinois 60602_

Date  2/6/04

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who Prepared or assisted in preparing this document:

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment of both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Chapter 7 |
| | ) | |
| CANTERBURY DEVELOPMENT CORPORATION, an Illinois Corporation | ) ) ) ) | |
| Debtor. | ) | No. |

## LIST OF CREDITORS

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

I, Gary A. Rosenberg, being first duly sworn on oath, do depose and say that I am the President of debtor, and, to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor as of February 6, 2004.

CANTERBURY DEVELOPMENT
CORPORATION

By: _____

SUBSCRIBED and SWORN to
before me this  6th  day
of  February , 2004

_____
Notary Public

My Commission Expires 13th day of April, 2005
State of Illinois

"OFFICIAL SEAL"
JESSICA MATAMOROS
Notary Public, State of Illinois
My Commission Expires 4/13/05

## EXHIBIT A

Automated Data Processing
100 Northwest Point Blvd.
Elk Grove, IL 60007

Advanced Messenger Service
485 N. Milwaukee Ave
Chicago, IL 60610-3922

AT&T
PO Box 9001309
Louisville, KY 40290-1309

AT&T Wireless – Chicago
PO Box 8220
Aurora, IL 60572-8220

Bradley Keith Cawley
3020 N. Albany Ave
2nd Floor
Chicago, IL 60618

Capital One, F.S.B.
PO Box 34631
Seattle, WA 98124-1631

CCA, LLC
676 N. Michigan Ave
Suite 3660
Chicago, IL 60611

ComEd
Bill Payment Center
Chicago, IL 60668-001

CoStar Realty Information Inc.
PO Box 721123
Baltimore, MD 21279

Crain Communications, Inc.
Dept 64572
PO Box 64000
Detroit, MI 48264-0572

2

Daily Office Products
804 Eagle Drive
Bensenville, IL 60106

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 56385-2572

Golden Springs Partnership
676 N. Michigan Ave
Suite 3660
Chicago, IL 60611

MM Marketing Association, JV
676 N. Michigan Ave
Suite 3660
Chicago, IL 60611

Neopost
PO Box 45800
San Francisco, CA 94145-0800

Nicolet National Bank
110 South Washington Avenue
Green Bay, WI 54301

SBC
Bill Payment Center
Chicago, IL 60663-0001

Shadow Hill Corporation
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

Shorenstein Realty Services, L.P.
875 N. Michigan Avenue
Chicago, IL 60611

Sprint
PO Box 219554
Kansas City, MO 64121-9554

3

Standard Parking
900 N. Michigan Avenue
Chicago, IL 60611-1542

Unishippers
2500 W. Higgins Road
Suite 1110
Hoffman Estates, IL 60195-2050

JF-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

GF-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

SJR-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

Jacobson Family Investments
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019

Cort Furniture Rental
161 S. Gary Ave.
Carol Stream, IL 60188

Millennium Financial Leasing
1901 Butterfield Road, Suite 640
Downers Grove, IL 60515