UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CANTERBURY DEVELOPMENT CORP | ) | Case No. 04-05583-ABG |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**Successor Trustee's Final Report**

To: The Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Successor Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. Debtor commenced this case on February 13, 2004 ("Petition Date") by filing a voluntary petition under chapter 7 of the Code. On April 5, 2004, the court ordered that this case be jointly administered with the related case of In re Gary Rosenburg, Case No. 04-04840. An order directing that joint administration of the cases be severed was entered on May 14, 2008. Upon the filing of the bankruptcy petition, Leonard Groupe ("Former Trustee") was appointed as the chapter 7 trustee in this case. Groupe served as the duly appointed and acting chapter 7 trustee in this case until his resignation on December 22, 2006. Thereafter, Joseph A. Baldi was appointed as the Successor Trustee. The Successor Trustee's bond in this case is included as part of the Successor Trustee's blanket bond coverage.

2. The Successor Trustee certifies that he and/or the Former Trustee have concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Successor Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Successor Trustee's knowledge. The Successor Trustee certifies that this estate is ready to be closed. The combined tasks performed by Former Trustee and the Successor Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of November 11, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $39,809.88 |
| b. | DISBURSEMENTS (See Exhibit C) | $23,682.47 |
| c. | NET CASH available for distribution | $16,127.41 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested | $4,728.74[1] |
| | 2. Trustee Expenses | $11.88 |
| | 3. Compensation requested by attorney or other professionals for trustee | |
| | (a.) Alan D. Lasko *Accountant for Trustee Fees (Other Firm)* | $6,532.70 |
| | (b.) Alan D. Lasko *Accountant for Trustee Expenses (Other Firm)* | $69.83 |

5. The Bar Date for filing unsecured claims expired on August 29, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Former Trustee and/or the Successor (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $33,425.65 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $189,147.52 |

7. Successor Trustee proposes that unsecured creditors receive a distribution of 2.53% of allowed claims.

8. The compensation previously awarded to Former Trustee's and/or Successor Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

---

[1] Pursuant to an agreement between the Former Trustee and the Successor Trustee, and in accordance with 11 U.S.C. §326(c), the Trustee compensation requested shall be apportioned between the Former Trustee and the Successor Trustee. The proportioned breakdown of the Trustee compensation is more fully detailed in Paragraph 8 below and in the Successor Trustee's Final Fee Application filed simultaneously herewith.

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| MUCH SHELIST<br>*Attorney for Former Trustee* | $22,082.50 | $0.00 | $0.00 |
| ALAN D. LASKO<br>*Accountant for Former Trustee and Successor Trustee* | $0.00 | $6,532.70 | $69.83 |
| LEONARD GROUPE<br>*Former Trustee Compensation* | $0.00 | $3,153.71 | $0.00 |
| JOSEPH A. BALDI, TRUSTEE<br>*Successor Trustee Compensation* | $0.00 | $1,575.03 | $11.88 |

9. A fee of $2,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Successor Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Successor Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: November 11, 2008

/s/

Joseph A. Baldi, Successor Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

# Tasks Completed by Trustee

Exhibit A

**TASKS PERFORMED BY FORMER TRUSTEE AND SUCCESSOR TRUSTEE**

The Former Trustee and Successor Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Former Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Former Trustee collected outstanding accounts receivable; Former Trustee obtained a turnover of funds in the Debtor's bank accounts as of the Petition Date; Former Trustee recovered sales commissions due on account of pre-petition sales of real property that were set to close post-petition;

B. The Former Trustee and Successor Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. The Former Trustee and Successor Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. The Former Trustee and Successor Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. The Former Trustee and Successor Trustee examined, analyzed and verified proofs of claim filed against the Estate; Former Trustee filed an objection to the claim of the Internal Revenue Service and, pursuant to this Court's order, such claim was disallowed; Successor Trustee contacted a creditor which asserted an improperly filed secured claim and obtained the voluntary reclassification of such claim to general unsecured status;

F. The Former Trustee and Successor Trustee attended to tax matters of the Estate including the filing of Estate tax returns; and

G. The Former Trustee and Successor Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Trustee's Final Report
Canterbury Development Corp.
Case No. 04-5583

Form I

Individual Estate Property Record and Report

Exhibit B

Form 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 04-05583 ABG Judge: A Benjamin Goldgar
Case Name: CANTERBURY DEVELOPMENT CORP

For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 02/13/04 (f)
341(a) Meeting Date: 04/08/04
Claims Bar Date: 08/29/05

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking account<br>Bank One operating account no. 64361290 | 1,112.00 | 1,392.49 | | 1,411.09 | FA | 0.00 | 0.00 |
| 2. Security deposits on leases<br>SRI Michigan Avenue Venture LLC security deposit of $5,918.22 for lease at 875 N. Michigan Avenue #2314, Chicago, IL | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 3. Security dep on furniture<br>Cort Furniture Rental security deposit of $655.93 | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. Interest in businesses<br>50% membership interest in One East Schiller Unit 5AB, LLC | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 5. Interest in partnerships<br>50% partner in Parallel Pictures | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 6. Receivables<br>accounts receivables from various related entities, most uncollectible | 957,705.60 | 0.00 | | 26,233.91 | FA | 0.00 | 0.00 |
| 7. Sales commissions due<br>commissions on sales entered pre petition, set to close post petition | Unknown | 6,518.13 | DA | 9,051.96 | FA | 0.00 | 0.00 |
| 8. sales commission-unscheduled (u) | 2,343.13 | 2,343.13 | | 2,343.13 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 769.79 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $961,160.73 | $10,253.75 | | $39,809.88 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 04-05583 ABG Judge: A Benjamin Goldgar

Case Name: CANTERBURY DEVELOPMENT CORP

Trustee Name: Joseph A. Baldi, Trustee

Date Filed (f) or Converted (c): 02/13/04 (f)

341(a) Meeting Date: 04/08/04

Claims Bar Date: 08/29/05

Case filed and Leonard Groupe appointed trustee in 2004. Joint Administration ordered with In re Gary Rosenburg (04-4840) as lead case; Trustee Leonard Groupe retired and resigned December 2006 and J. Baldi appointed successor on December 21, 2006. As of successor trustee's appointment, all estate assets liquidated. Resolved issue and obtained withdrawal of secured claim. Attorneys for prior trustee filed final fee application and completed work on joint cases. Tax returns brought current through 2006. Prepare final report and close case.

Initial Projected Date of Final Report (TFR): 06/30/05 Current Projected Date of Final Report (TFR): 06/30/08

Trustee's Final Report

Canterbury Development Corp.
Case No. 04-5583

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: The Chase Manhattan Bank
Account Number / CD #: *******0219 Time Deposit Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 07/30/04 | | From Acct #*******0265 | | 9999-000 | 31,326.57 | | 31,326.57 |
| 08/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 14.94 | | 31,341.51 |
| 09/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 14.94 | | 31,356.45 |
| 10/29/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 15.45 | | 31,371.90 |
| 11/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 15.35 | | 31,387.25 |
| C 12/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 16.00 | | 31,403.25 |
| C 01/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 15.49 | | 31,418.74 |
| C 02/28/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6500% | 1270-000 | 21.90 | | 31,440.64 |
| C 03/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6500% | 1270-000 | 17.36 | | 31,458.00 |
| C 04/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.81 | | 31,474.81 |
| C 05/02/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.56 | | 31,475.37 |
| C 05/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 20.46 | | 31,495.83 |
| C 06/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 19.42 | | 31,515.25 |
| C 07/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 20.08 | | 31,535.33 |
| C t 08/08/05 | | Transfer to MMA | Matured CD | 9999-000 | | 31,535.33 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0219

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 13 | Interest Postings | 208.76 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 31,535.33 |
| | Subtotal | $ 208.76 | | | |
| | | | | Total | $ 31,535.33 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 31,326.57 | | | |
| | Total | $ 31,535.33 | | | |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: The Chase Manhattan Bank
Account Number / CD #: *******0265 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 06/01/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK | 9999-000 | 5,589.76 | | 5,589.76 |
| 06/07/04 | 6 | Guaranty National Title Co. | Receivable from sale of 1920 Burlin | 1121-000 | 26,233.91 | | 31,823.67 |
| 06/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 2.90 | | 31,826.57 |
| 07/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 4.05 | | 31,830.62 |
| t 07/30/04 | | To Acct #*******0219 | | 9999-000 | | 31,326.57 | 504.05 |
| 08/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.21 | | 504.26 |
| 09/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.08 | | 504.34 |
| 10/29/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.09 | | 504.43 |
| 11/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.10 | | 504.53 |
| C 12/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.11 | | 504.64 |
| C 01/04/05 | 7 | Hulett Group, Inc | Account Receivables Hoffman closing | 1121-000 | 1,868.44 | | 2,373.08 |
| C 01/04/05 | 7 | L. Baehm | Commission-Hoffman closing | 1121-000 | 1,868.43 | | 4,241.51 |
| C 01/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 0.89 | | 4,242.40 |
| C 02/28/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 1.01 | | 4,243.41 |
| C 03/02/05 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENT | 2300-000 | | 26.75 | 4,216.66 |
| C 03/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 1.26 | | 4,217.92 |
| C 04/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.21 | | 4,219.13 |
| C 05/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.25 | | 4,220.38 |
| C 06/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.35 | | 4,221.73 |
| C 07/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.46 | | 4,223.19 |
| C 08/05/05 | 8 | Canterbury dba Premier Client Brokerage | Brokerage commission | 1222-000 | 2,343.13 | | 6,566.32 |
| t 08/08/05 | | Transfer from TDA | Matured CD | 9999-000 | 31,535.33 | | 38,101.65 |
| C 08/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 11.61 | | 38,113.26 |
| C 09/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 14.99 | | 38,128.25 |
| C 10/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 16.56 | | 38,144.81 |
| C 11/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 17.25 | | 38,162.06 |
| C 12/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.09 | | 38,181.15 |
| C 01/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.50 | | 38,202.65 |
| 02/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.52 | | 38,223.17 |
| C 03/03/06 | 001002 | INTERNATIONAL SURITIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/31/2006 FOR CASE | 2300-000 | | 29.15 | 38,194.02 |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *-*****8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: The Chase Manhattan Bank
Account Number / CD #: *******0265 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | #04-05583, PREMIUM- BOND #016026455 | | | | |
| C 03/15/06 | 001003 | MUCH SHELIST<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | ATTORNEY PROFESSIONAL FEES AND COST | | | 13,373.70 | 24,820.32 |
| C 03/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.64 | | 24,839.96 |
| C 04/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.73 | | 24,855.69 |
| C 05/02/06 | 7 | M R Realty | Account Receivables | 1121-000 | 1,140.09 | | 25,995.78 |
| C 05/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.59 | | 26,013.37 |
| C 06/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.11 | | 26,030.48 |
| C 07/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.69 | | 26,048.17 |
| C 08/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.70 | | 26,065.87 |
| C 09/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.56 | | 26,082.43 |
| C 10/09/06 | 001004 | Ken Blumberg | Settlement proceeds | | | 1,500.00 | 24,582.43 |
| C 10/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.82 | | 24,600.25 |
| C 11/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.16 | | 24,616.41 |
| C 02/13/07 | INT | The Chase Manhattan Bank | INTEREST REC'D FROM BANK | 1270-000 | 3.23 | | 24,619.64 |
| C 02/13/07 | INT | The Chase Manhattan Bank | INTEREST REC'D FROM BANK | 1270-000 | 15.64 | | 24,635.28 |
| C t 02/13/07 | | Transfer to Acct #*******0266 | Bank Funds Transfer | 9999-000 | | 24,635.28 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0265

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 5 | Deposits | 33,454.00 | 4 | Checks | | 14,929.60 |
| 32 | Interest Postings | 312.36 | 0 | Adjustments Out | | 0.00 |
| | | | 2 | Transfers Out | | 55,961.85 |
| | Subtotal | $ 33,766.36 | | | | |
| | | | | Total | $ | 70,891.45 |
| 0 | Adjustments In | 0.00 | | | | |
| 2 | Transfers In | 37,125.09 | | | | |
| | Total | $ 70,891.45 | | | | |

Form 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: The Chase Manhattan Bank
Account Number / CD #: *******0266 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/13/07 | | Transfer from Acct #*******0265 | Bank Funds Transfer | 9999-000 | 24,635.28 | | 24,635.28 |
| C t 02/13/07 | 000101 | Joseph A. Baldi<br>Successor Trustee<br>Estate of Canterbury Development | Transfer of Estate Funds to<br>Successor Trustee | 9999-000 | | 24,635.28 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0266

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 0 | Deposits | | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 24,635.28 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 24,635.28 |
| 0 | Adjustments In | | 0.00 | | | |
| 1 | Transfers In | | 24,635.28 | | | |
| | Total | $ | 24,635.28 | | | |

Form 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0711 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 01/09/07 | | Leonard M. Groupe<br>Former Trustee<br>555 N. Skokie Blvd. #215<br>Northbrook IL 60062 | Turnover Estate Funds by Former TR | 9999-000 | 24,635.28 | | 24,635.28 |
| C 01/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.13 | | 24,649.41 |
| C t 02/20/07 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 20.60 | 24,628.81 |
| C 02/28/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 18.90 | | 24,647.71 |
| C 03/30/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.93 | | 24,668.64 |
| C 04/30/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.28 | | 24,688.92 |
| C 05/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.97 | | 24,709.89 |
| C 06/29/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.30 | | 24,730.19 |
| C 07/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.01 | | 24,751.20 |
| C 08/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.02 | | 24,772.22 |
| C 09/28/07 | INT | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.77 | | 24,787.99 |
| C 10/31/07 | INT | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.80 | | 24,803.79 |
| C 11/30/07 | INT | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 13.25 | | 24,817.04 |
| C 12/31/07 | INT | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 11.86 | | 24,828.90 |
| C t 01/16/08 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 8,708.80 | 16,120.10 |
| C 01/31/08 | INT | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 8.17 | | 16,128.27 |
| C t 02/19/08 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 23.47 | 16,104.80 |
| C 02/29/08 | INT | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 3.83 | | 16,108.63 |
| C 03/31/08 | INT | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.81 | | 16,112.44 |
| C 04/30/08 | INT | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.30 | | 16,115.74 |
| C 05/30/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.04 | | 16,117.78 |
| C 06/30/08 | INT | Bank of America, N.A | Interest Rate 0.150 | 1270-000 | 1.99 | | 16,119.77 |
| C 07/31/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.05 | | 16,121.82 |
| C 08/29/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.05 | | 16,123.87 |
| C 09/30/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.98 | | 16,125.85 |
| C 10/31/08 | INT | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.56 | | 16,127.41 |

Form 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0711 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0711

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 0 | Checks | | 0.00 |
| 22 | Interest Postings | 245.00 | 0 | Adjustments Out | | 0.00 |
| | | | 3 | Transfers Out | | 8,752.87 |
| | Subtotal | $ 245.00 | | | | |
| | | | | Total | $ | 8,752.87 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 24,635.28 | | | | |
| | Total | $ 24,880.28 | | | | |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0805 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 20.60 | | 20.60 |
| C 02/20/07 | 001001 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 20.60 | 0.00 |
| C t 01/16/08 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 8,708.80 | | 8,708.80 |
| C 01/16/08 | 001002 | Much Shelist Denenberg Ament Rubenstein<br>191 North Wacker Dr. #1800<br>Chicago IL 60606 | Special Counsel Fees<br>Final Compensation per order 1/7/08 | 3210-000 | | 8,708.80 | 0.00 |
| C t 02/19/08 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 23.47 | | 23.47 |
| C 02/19/08 | 001003 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 23.47 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0805

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 3 | Checks | | 8,752.87 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | $ | 8,752.87 |
| 0 | Adjustments In | 0.00 | | | | |
| 3 | Transfers In | 8,752.87 | | | | |
| | Total | $ 8,752.87 | | | | |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-05583 -ABG
Case Name: CANTERBURY DEVELOPMENT CORP

Taxpayer ID No: *******8065
For Period Ending: 11/07/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Lakeside Bank
Account Number / CD #: *******5900 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 04/07/04 | 7 | Chicago Title | Commission on real estate closing | 1121-000 | 4,175.00 | | 4,175.00 |
| C 04/07/04 | 1 | Bank One | Balance in checking account | 1121-000 | 1,392.49 | | 5,567.49 |
| C 04/28/04 | 1 | Automatic Dara Proc. | Balance in payroll tax account | 1121-000 | 18.60 | | 5,586.09 |
| C 04/30/04 | INT | LAKESIDE BANK | Interest Earned | 1270-000 | 1.30 | | 5,587.39 |
| C 05/31/04 | INT | LAKESIDE BANK | Interest Earned | 1270-000 | 2.37 | | 5,589.76 |
| C t 06/01/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK | 9999-000 | | 5,589.76 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******5900

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 3 | Deposits | | 5,586.09 | 0 | Checks | 0.00 |
| 2 | Interest Postings | | 3.67 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 5,589.76 |
| | Subtotal | $ | 5,589.76 | | | |
| | | | | | Total | $ 5,589.76 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 5,589.76 | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 8 | Deposits | | 39,040.09 | 7 | Checks | 23,682.47 |
| 69 | Interest Postings | | 769.79 | 0 | Adjustments Out | 0.00 |
| | | | | 8 | Transfers Out | 126,475.09 |
| | Subtotal | $ | 39,809.88 | | | |
| | | | | | Total | $ 150,157.56 |
| 0 | Adjustments In | | 0.00 | | | |
| 8 | Transfers In | | 126,475.09 | | | |
| | Total | $ | 166,284.97 | | Net Total Balance | $ 16,127.41 |

Trustee's Final Report Document Page 18 of 23
Canterbury Development Corp.
Case No. 04-5583

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CANTERBURY DEVELOPMENT CORP | ) | Case No. 04-05583 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Successor Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,343.15 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,784.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $16,127.41 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $33,425.65 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Leonard Groupe<br>*Former Trustee Compensation* | $3,153.71 | $3,153.71 |
| | Joseph A. Baldi, Trustee<br>*Successor Trustee Compensation* | $1,575.03 | $1,575.03 |
| | Joseph A. Baldi, Trustee<br>*Successor Trustee Expenses* | $11.88 | $11.88 |
| | Much Shelist<br>*Attorney for Former Trustee Fees (Other Firm)* | $22,082.50 | $0.00 |
| | Alan D. Lasko<br>*Accountant for Trustee Fees* | $6,532.70 | $6,532.70 |
| | Alan D. Lasko<br>*Accountant for Trustee Expenses* | $69.83 | $69.83 |
| | **CLASS TOTALS** | **$33,425.65** | **$11,343.15** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 189,147.52 | 2.52 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001B | Nicolet National Bank<br>*General Unsecured 726* | $63,785.42 | $1,613.38 |
| 000002 | Crain Communications Inc<br>*General Unsecured 726* | $362.10 | $9.16 |
| 000003 | Emanual Family Investment Fund<br>*General Unsecured 726* | $125,000.00 | $3,161.72 |
| | **CLASS TOTALS** | **$189,147.52** | **$4,784.26** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| P | 000004B | Department of the Treasury<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | 38,085.39 | DISALLOWED |
| U | 000004A | Department of the Treasury<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | 252.59 | DISALLOWED |

WHEREFORE, the Successor Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 7, 2008 /s/ Joseph Baldi, Suc. Trustee