UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| CANTERBURY DEVELOPMENT CORP ) | Case No. 04-05583 | |
| ) | | |
| Debtor. ) | Hon. A. Benjamin Goldgar | |

**Notice of Successor Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Successor Trustee of the above captioned case has filed a Successor Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 613, Chicago, Illinois 60604

    On: **January 5, 2009**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Successor Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $39,809.88 |
    | Disbursements | $23,682.47 |
    | Net Cash Available for Distribution | $16,127.41 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | LEONARD GROUPE<br>*Former Trustee Compensation* | $0.00 | $3,153.71 | $0.00 |
    | JOSEPH A. BALDI, TRUSTEE<br>*Successor Trustee Compensation* | $0.00 | $1,575.03 | $11.88 |
    | MUCH SHELIST<br>*Attorney for Former Trustee* | $22,082.50 | $0.00 | $0.00 |
    | ALAN D. LASKO<br>*Accountant for Trustee* | $0.00 | $6,532.70 | $69.83 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $189,147.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 2.53%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 000001 | Nicolet National Bank | $63,785.42 | $1,613.38 |
| 000002 | Crain Communications Inc | $362.10 | $9.16 |
| 000003 | Emanual Family Investment Fund | $125,000.00 | $3,161.72 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Sales commissions due | $0.00 |
| Interest in partnerships | $0.00 |
| Interest in businesses | $0.00 |
| Security deposit on furniture | $0.00 |
| Security deposits on leases | $0.00 |

Dated: **December 8, 2008**                         For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South Lasalle Street
             Chicago, IL  60603
Phone No.:   (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 08, 2008
Case: 04-05583                 Form ID: pdf002              Total Served: 46


The following entities were served by first class mail on Dec 10, 2008.
db         +Canterbury Development Corporation,   676 N Michigan Avenue,    Suite 3660,
             Chicago, IL 60611-2866
aty        +Elizabeth C Berg,   Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
             Chicago, IL 60603-1413
aty        +Joseph A Baldi,   Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
aty        +Paula K. Jacobi, Esq.,   BARNES & THORNBURG LLP,    1 North Wacker Drive,   Suite 4400,
             Chicago, IL 60606-2833
tr         +Joseph A Baldi, Tr,   Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
7768812     AT&T,    PO Box 9001309,   Louisville, KY 40290-1309
7768813     AT&T Wireless - Chicago,   PO Box 8220,   Aurora, IL 60572-8220
7768811    +Advanced Messenger Service,    485 N. Milwaukee Ave,   Chicago, IL 60654-8356
7768810    +Automated Data Processing,    100 Northwest Point Blvd.,   Elk Grove, IL 60007-1018
7768814    +Bradley Keith Cawley,   3020 N. Albany Ave,    2nd Floor,   Chicago, IL 60618-6912
7768816    +CCA, LLC,   676 N. Michigan Ave,    Suite 3660,   Chicago, IL 60611-2866
7898888     California Franchise Tax Board,    PO Box 952840,   Sacramento CA 94240
7768815     Capital One, F.S.B.,   PO Box 34631,    Seattle, WA 98124-1631
7768818    +CoStar Realty Information Inc.,    PO Box 721123,   Baltimore, MD 21279-0001
7768836    +Cort Furniture Rental,   161 S. Gary Ave.,    Carol Stream, IL 60188-2095
9482200    +Crain Communications Inc,   Vito M Coppola,    1155 Gratiot Ave,   Detroit MI 48207-2732
7768819     Crain Communications, Inc.,    Dept 64572,   PO Box 64000,   Detroit, MI 48264-0572
7768820    +Daily Office Products,   804 Eagle Drive,    Bensenville, IL 60106-1947
7768821     Deluxe Business Forms,   PO Box 742572,    Cincinnati, OH 56385-2572
7898890    +Emanual Family Investment Fund,    1910 First St,   Highland Park IL 60035-3144
7768833    +GF-HT, L.L.C.,   c/o Jacobson Family Investments, Inc.,    Carnegie Hall Tower,
             152 West 57th Street, 56th Floor,    New York, New York 10019-3310
7768822    +Golden Springs Partnership,    676 N. Michigan Ave,   Suite 3660,   Chicago, IL 60611-2866
9609406   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury,    Internal Revenue Service,
             230 S Dearborn,   Stop 5016 CHI,   Chicago, IL 60604)
7898884   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
7898886    +Illinois Dept of Revenue,   Springfield IL 62719-0001
7898887    +Illinois Dept of Revenue,   100 W Randolph St St 13th Flr,    Chicago IL 60601-3397,
             Attn James D Newbold Esq
7898891    +Imagetec LP,   4509 Prime Parkway,    McHenry IL 60050-7000
7768832    +JF-HT, L.L.C.,   c/o Jacobson Family Investments, Inc.,    Carnegie Hall Tower,
             152 West 57th Street, 56th Floor,    New York, New York 10019-3310,   Attn: Mr. Stuart J. Rabin
7898492    +Jacobson Family Investments,    Carnegie Hall Tower,   152 West 57th St, 56th Flr,
             New York NY 10019-3310
7768835    +Jacobson Family Investments,    Carnegie Hall Tower,   152 West 57th Street, 56th Floor,
             New York, New York 10019-3310
7898892    +MM Marketing Association JV,    676 N Michigan Ave, Ste 3660,   Chicao IL 60611-2866
7768823    +MM Marketing Association, JV,    676 N. Michigan Ave,   Suite 3660,   Chicago, IL 60611-2866
7768837    +Millennium Financial Leasing,    1901 Butterfield Road, Suite 640,    Downers Grove, IL 60515-5457
7768824     Neopost,   PO Box 45800,   San Francisco, CA 94145-0800
8860050    +Nicolet National Bank,   Thomas M Olejniczak,    P O Box 23200,   Green Bay, WI 54305-3200
7768825    +Nicolet National Bank,   110 South Washington Avenue,    Green Bay, WI 54301-4211
7898889    +Ron Emanual,   1910 First St,   Highland Park IL 60035-3144
7768826     SBC,   Bill Payment Center,   Chicago, IL 60663-0001
7768834    +SJR-HT, L.L.C.,   c/o Jacobson Family Investments, Inc.,    Carnegie Hall Tower,
             152 West 57th Street, 56th Floor,    New York, New York 10019-3310
7898883    +SRI Michigan Avenue Venture LLC,    c/o Jonathan M Weis - Levin Ginsburg,
             180 N LaSalle St, Ste 3200,    Chicago IL 60601-2800
7768827    +Shadow Hill Corporation,   676 N. Michigan Avenue,    Suite 3660,   Chicago, IL 60611-2866
7768828    +Shorenstein Realty Services, L.P.,    875 N. Michigan Avenue,   Chicago, IL 60611-1803
7768829     Sprint,   PO Box 219554,   Kansas City, MO 64121-9554
7768830    +Standard Parking,   900 N. Michigan Avenue,    Chicago, IL 60611-1846
7768831    +Unishippers,   2500 W. Higgins Road,    Suite 1110,   Hoffman Estates, IL 60169-2050

The following entities were served by electronic transmission on Dec 09, 2008.
7768817    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             ComEd,
             Bill Payment Center,   Chicago, IL 60668-0001
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7898885*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Dec 08, 2008
Case: 04-05583                Form ID: pdf002          Total Served: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2008**          **Signature:** *Joseph Speetjens*