## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 04-05583 |
| CANTERBURY DEVELOPMENT CORP | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cort Furniture Rental | | | | | |
| Millenium Financing | | | | | |
| SRI Michigan Ave. Venture | | | | | |
| NICOLET NATIONAL BANK&NBSP &NBSP <A | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROUPE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| MUCH SHELIST | | | | | |
| ALAN D. LASKO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | | | | | |
| Ken Blumberg | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADP | | | | | |
| AT&T | | | | | |
| Advanced Messenger | | | | | |
| Bradley K Cawley | | | | | |
| CCA LLC | | | | | |
| Capital One | | | | | |
| CoStar Realty | | | | | |
| ComEd | | | | | |
| Daily Office Products | | | | | |
| Deluxe Business Forms | | | | | |
| GE - HT, LLC | | | | | |
| Golden Springs Partnership | | | | | |
| Imagetee LP | | | | | |
| JE- HT, LLC | | | | | |
| Jacobson Family Investnment | | | | | |
| MM Marketing Assoc. | | | | | |
| Neopost | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ron Emmanuel | | | | | |
| SBC | | | | | |
| SJR - HT, LLC | | | | | |
| Shadow Hill Corp. | | | | | |
| Sprint | | | | | |
| Standard Parking | | | | | |
| Unishippers | | | | | |
| CRAIN COMMUNICATIONS INC | | | | | |
| EMANUAL FAMILY INVESTMENT FUND | | | | | |
| NICOLET NATIONAL BANK&NBSP &NBSP <A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 04-05583   ABG   Judge: A Benjamin Goldgar |
|---|---|
| Case Name: | CANTERBURY DEVELOPMENT CORP |

For Period Ending:  05/26/09

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/13/04 (f) |
| 341(a) Meeting Date: | 04/08/04 |
| Claims Bar Date: | 08/29/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking account | 1,112.00 | 1,392.49 | | 1,411.09 | FA |
| Bank One operating account no. 64361290 | | | | | |
| 2. Security deposits on leases | Unknown | 0.00 | DA | 0.00 | FA |
| SRI Michigan Avenue Venture LLC security deposit of $5,918.22 for lease at 875 N. Michigan Avenue #2314, Chicago, IL | | | | | |
| 3. Security dep on furniture | Unknown | 0.00 | DA | 0.00 | FA |
| Cort Furniture Rental security deposit of $655.93 | | | | | |
| 4. Interest in businesses | Unknown | 0.00 | DA | 0.00 | FA |
| 50% membership interest in One East Schiller Unit 5AB, LLC | | | | | |
| 5. Interest in partnerships | Unknown | 0.00 | DA | 0.00 | FA |
| 50% partner in Parallel Pictures | | | | | |
| 6. Receivables | 957,705.60 | 0.00 | | 26,233.91 | FA |
| accounts receivables from various related entities, most uncollectible | | | | | |
| 7. Sales commissions due | Unknown | 6,518.13 | DA | 9,051.96 | FA |
| commissions on sales entered pre petition, set to close post petition | | | | | |
| 8. sales commission-unscheduled (u) | 2,343.13 | 2,343.13 | | 2,343.13 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 771.94 | FA |
| TOTALS (Excluding Unknown Values) | $961,160.73 | $10,253.75 | | $39,812.03 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case filed and Leonard Groupe appointed trustee in 2004.  Joint Administration ordered with In re Gary Rosenburg (04-4840) as lead case;  Trustee

Leonard Groupe retired and resigned December 2006 and J. Baldi appointed successor on December 21, 2006.  As of successor trustee's appointment, all

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

Case No:        04-05583    ABG    Judge: A Benjamin Goldgar

Case Name:    CANTERBURY DEVELOPMENT CORP

Trustee Name:    Joseph A. Baldi, Trustee

Date Filed (f) or Converted (c):    02/13/04 (f)

341(a) Meeting Date:    04/08/04

Claims Bar Date:    08/29/05

estate assets liquidated.  Resolved issue and obtained withdrawal of secured claim.  Attorneys for prior trustee filed final fee application and

completed work on joint cases.  Tax returns brought current through 2006.  Final Report filed--final hearing held--final distribution made--will file

final account upon receipt of zero balance bank statement.

Initial Projected Date of Final Report (TFR): 06/30/05        Current Projected Date of Final Report (TFR): 06/30/08

FORM 2                                                                                                          Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-05583  -ABG | |
| Case Name: | CANTERBURY DEVELOPMENT CORP | |

| | |
|---|---|
| Taxpayer ID No: | *******8065 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | The Chase Manhattan Bank |
| Account Number / CD #: | *******0219  Time Deposit Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/04 | | From Acct #*******0265 | | 9999-000 | 31,326.57 | | 31,326.57 |
| 08/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 14.94 | | 31,341.51 |
| 09/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 14.94 | | 31,356.45 |
| 10/29/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.5800% | 1270-000 | 15.45 | | 31,371.90 |
| 11/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 15.35 | | 31,387.25 |
| 12/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 16.00 | | 31,403.25 |
| 01/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6000% | 1270-000 | 15.49 | | 31,418.74 |
| 02/28/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6500% | 1270-000 | 21.90 | | 31,440.64 |
| 03/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at 0.6500% | 1270-000 | 17.36 | | 31,458.00 |
| 04/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.81 | | 31,474.81 |
| 05/02/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.56 | | 31,475.37 |
| 05/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 20.46 | | 31,495.83 |
| 06/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 19.42 | | 31,515.25 |
| 07/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 20.08 | | 31,535.33 |
| 08/08/05 | | Transfer to MMA | Matured CD | 9999-000 | | 31,535.33 | 0.00 |

| Account | *******0219 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| | 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| | 13 | Interest Postings | 208.76 | | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 31,535.33 |
| | | Subtotal | $ 208.76 | | | | |
| | | | | | | Total | $ 31,535.33 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 31,326.57 | | | | |
| | | Total | $ 31,535.33 | | | | |

FORM 2                                                                                                    Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 04-05583  -ABG | | | Trustee Name: | Joseph A. Baldi, Trustee | |
| Case Name: | CANTERBURY DEVELOPMENT CORP | | | Bank Name: | The Chase Manhattan Bank | |
| | | | | Account Number / CD #: | *******0265  Money Market Account | |
| Taxpayer ID No: | *******8065 | | | | | |
| For Period Ending: | 05/26/09 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | 5,589.76 | | 5,589.76 |
| 06/07/04 | 6 | Guaranty National Title Co. | Receivable from sale of 1920 Burling DEPOSIT CHECK #096278 | 1121-000 | 26,233.91 | | 31,823.67 |
| 06/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.1500% | 1270-000 | 2.90 | | 31,826.57 |
| 07/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.1500% | 1270-000 | 4.05 | | 31,830.62 |
| 07/30/04 | | To Acct #*******0219 | | 9999-000 | | 31,326.57 | 504.05 |
| 08/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.21 | | 504.26 |
| 09/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.08 | | 504.34 |
| 10/29/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.09 | | 504.43 |
| 11/30/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.10 | | 504.53 |
| 12/31/04 | INT | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.11 | | 504.64 |
| 01/04/05 | 7 | Hulett Group, Inc | Account Receivables Hoffman closing DEPOSIT CHECK #1102 | 1121-000 | 1,868.44 | | 2,373.08 |
| 01/04/05 | 7 | L. Baehm | Commission-Hoffman closing DEPOSIT CHECK #1079 | 1121-000 | 1,868.43 | | 4,241.51 |
| 01/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at  0.3000% | 1270-000 | 0.89 | | 4,242.40 |
| 02/28/05 | INT | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 1.01 | | 4,243.41 |
| 03/02/05 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENT | 2300-000 | | 26.75 | 4,216.66 |
| 03/31/05 | INT | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 1.26 | | 4,217.92 |
| 04/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 1.21 | | 4,219.13 |
| 05/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 1.25 | | 4,220.38 |
| 06/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 1.35 | | 4,221.73 |
| 07/29/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 1.46 | | 4,223.19 |
| 08/05/05 | 8 | Canterbury dba Premier Client Brokerage | Brokerage commission DEPOSIT CHECK #1082 | 1222-000 | 2,343.13 | | 6,566.32 |
| 08/08/05 | | Transfer from TDA | Matured CD | 9999-000 | 31,535.33 | | 38,101.65 |
| 08/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 11.61 | | 38,113.26 |
| 09/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 14.99 | | 38,128.25 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  3

Exhibit 9

| Case No: | 04-05583  -ABG | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANTERBURY DEVELOPMENT CORP | Bank Name: | The Chase Manhattan Bank |
| | | Account Number / CD #: | *******0265  Money Market Account |
| Taxpayer ID No: | *******8065 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 16.56 | | 38,144.81 |
| 11/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 17.25 | | 38,162.06 |
| 12/30/05 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.09 | | 38,181.15 |
| 01/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.50 | | 38,202.65 |
| 02/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.52 | | 38,223.17 |
| 03/03/06 | 001002 | INTERNATIONAL SURITIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/31/2006 FOR CASE #04-05583, PREMIUM- BOND #016026455 | 2300-000 | | 29.15 | 38,194.02 |
| 03/15/06 | 001003 | MUCH SHELIST 191 North Wacker Drive, Suite 1800 Chicago, IL  60606 | ATTORNEY PROFESSIONAL FEES AND COST Memo Allocation: Name/Address: Description: UTC: 3210-00 Amount:      $13,276.00 ---- Memo Allocation: Name/Address: Description: UTC: 3220-00 Amount:      $97.70 ---- | 3210-000 | | 13,373.70 | 24,820.32 |
| 03/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.64 | | 24,839.96 |
| 04/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.73 | | 24,855.69 |
| 05/02/06 | 7 | M R Realty | Account Receivables DEPOSIT CHECK #8 | 1121-000 | 1,140.09 | | 25,995.78 |
| 05/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.59 | | 26,013.37 |
| 06/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.11 | | 26,030.48 |
| 07/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.69 | | 26,048.17 |
| 08/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.70 | | 26,065.87 |
| 09/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.56 | | 26,082.43 |

FORM 2                                                                                         Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                               Exhibit 9

| Case No: | 04-05583  -ABG | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | CANTERBURY DEVELOPMENT CORP | Bank Name: | The Chase Manhattan Bank |
| | | Account Number / CD #: | *******0265  Money Market Account |
| Taxpayer ID No: | *******8065 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/09/06 | 001004 | Ken Blumberg | Settlement proceeds | | | 1,500.00 | 24,582.43 |
| 10/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.82 | | 24,600.25 |
| 11/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 16.16 | | 24,616.41 |
| 02/13/07 | INT | The Chase Manhattan Bank | INTEREST REC'D FROM BANK | 1270-000 | 3.23 | | 24,619.64 |
| | | | Final interest posted by former trustee on 1/8/07 just prior to issuing an delivering check to successor trustee Baldi to transfer estate funds. Posted by ECB 2/13/07. | | | | |
| 02/13/07 | INT | The Chase Manhattan Bank | INTEREST REC'D FROM BANK | 1270-000 | 15.64 | | 24,635.28 |
| | | | December 2006 interest posted to former trustee's account.  Posted by ECB 2/13/06. | | | | |
| 02/13/07 | | Transfer to Acct #*******0266 | Bank Funds Transfer | 9999-000 | | 24,635.28 | 0.00 |
| | | | Transfer of funds by former trustee Leonard Groupe for purpose of issuing check to transfer all estate funds to successor trustee Joseph Baldi. Entered by ECB 2/13/07 | | | | |

| Account | *******0265 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 5 | Deposits | 33,454.00 | 4 | Checks | 14,929.60 |
| | 32 | Interest Postings | 312.36 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 55,961.85 |
| | | Subtotal | $  33,766.36 | | Total | $  70,891.45 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 37,125.09 | | | |
| | | Total | $  70,891.45 | | | |

LFORM2T4  UST Form 101-7-TDR (4/1/2009) *(Page: 13)*                                Ver: 14.30d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-05583  -ABG | |
| Case Name: | CANTERBURY DEVELOPMENT CORP | |
| | | |
| Taxpayer ID No: | *******8065 | |
| For Period Ending: | 05/26/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | The Chase Manhattan Bank |
| Account Number / CD #: | *******0266  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/07 | | Transfer from Acct #*******0265 | Bank Funds Transfer | 9999-000 | 24,635.28 | | 24,635.28 |
| | | | Transfer of funds by former trustee Leonard Groupe | | | | |
| | | | for purpose of issuing check to transfer all estate funds | | | | |
| | | | to successor trustee Joseph Baldi. | | | | |
| | | | Entered by ECB 2/13/07 | | | | |
| 02/13/07 | 000101 | Joseph A. Baldi | Transfer of Estate Funds to | 9999-000 | | 24,635.28 | 0.00 |
| | | Successor Trustee | Successor Trustee | | | | |
| | | Estate of Canterbury Development | | | | | |

| Account   *******0266 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 24,635.28 |
| | Subtotal | $     0.00 | | | |
| | | | | Total | $   24,635.28 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 24,635.28 | | | |
| | Total | $   24,635.28 | | | |

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 04-05583  -ABG | | | Trustee Name: | Joseph A. Baldi, Trustee | |
| Case Name: | CANTERBURY DEVELOPMENT CORP | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | *******0711  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******8065 | | | | | |
| For Period Ending: | 05/26/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/07 | | Leonard M. Groupe | Turnover Estate Funds by Former TR | 9999-000 | 24,635.28 | | 24,635.28 |
| | | Former Trustee | | | | | |
| | | 555 N. Skokie Blvd.  #215 | | | | | |
| | | Northbrook  IL  60062 | | | | | |
| 01/31/07 | INT | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 14.13 | | 24,649.41 |
| 02/20/07 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 20.60 | 24,628.81 |
| 02/28/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 18.90 | | 24,647.71 |
| 03/30/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.93 | | 24,668.64 |
| 04/30/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.28 | | 24,688.92 |
| 05/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.97 | | 24,709.89 |
| 06/29/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.30 | | 24,730.19 |
| 07/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.01 | | 24,751.20 |
| 08/31/07 | INT | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.02 | | 24,772.22 |
| 09/28/07 | INT | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.77 | | 24,787.99 |
| 10/31/07 | INT | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.80 | | 24,803.79 |
| 11/30/07 | INT | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 13.25 | | 24,817.04 |
| 12/31/07 | INT | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 11.86 | | 24,828.90 |
| 01/16/08 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 8,708.80 | 16,120.10 |
| | | | Transfer funds to pay special counsel compensation. | | | | |
| | | | ecb 1-16-08 | | | | |
| 01/31/08 | INT | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 8.17 | | 16,128.27 |
| 02/19/08 | | Transfer to Acct #*******0805 | Bank Funds Transfer | 9999-000 | | 23.47 | 16,104.80 |
| 02/29/08 | INT | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 3.83 | | 16,108.63 |
| 03/31/08 | INT | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.81 | | 16,112.44 |
| 04/30/08 | INT | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.30 | | 16,115.74 |
| 05/30/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.04 | | 16,117.78 |
| 06/30/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.99 | | 16,119.77 |
| 07/31/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.05 | | 16,121.82 |
| 08/29/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.05 | | 16,123.87 |
| 09/30/08 | INT | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.98 | | 16,125.85 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 04-05583  -ABG | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | CANTERBURY DEVELOPMENT CORP | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0711  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8065 | | | |
| For Period Ending: | 05/26/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.56 | | 16,127.41 |
| 11/28/08 | INT | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.31 | | 16,128.72 |
| 12/31/08 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.82 | | 16,129.54 |
| 01/06/09 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 16,129.56 |
| 01/06/09 | | Transfer to Acct #*******0805 | Final Posting Transfer | 9999-000 | | 16,129.56 | 0.00 |
| | | | Transfer funds for final distribution.  ecb  January 06, 2009, 01:33 pm | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******0711 | | Balance Forward | 0.00 | | | | |
| | 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| | 25 | Interest Postings | 247.15 | | 0 | Adjustments Out | 0.00 |
| | | | | | 4 | Transfers Out | 24,882.43 |
| | | Subtotal | $  247.15 | | | | |
| | | | | | | Total | $  24,882.43 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 24,635.28 | | | | |
| | | Total | $  24,882.43 | | | | |

LFORM2T4   UST Form 101-7-TDR (4/1/2009) *(Page: 16)*

Ver: 14.30d

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-05583  -ABG | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANTERBURY DEVELOPMENT CORP | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0805  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8065 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 20.60 | | 20.60 |
| 02/20/07 | 001001 | International Sureties, Ltd. | Bank Funds Transfer | 2300-000 | | 20.60 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans  LA  70130 | | | | | |
| 01/16/08 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 8,708.80 | | 8,708.80 |
| | | | Transfer funds to pay special counsel compensation. ecb  1-16-08 | | | | |
| 01/16/08 | 001002 | Much Shelist Denenberg Ament Rubenstein | Special Counsel Fees | 3210-000 | | 8,708.80 | 0.00 |
| | | 191 North Wacker Dr.  #1800 | Final Compensation per order 1/7/08 | | | | |
| | | Chicago  IL  60606 | | | | | |
| 02/19/08 | | Transfer from Acct #*******0711 | Bank Funds Transfer | 9999-000 | 23.47 | | 23.47 |
| 02/19/08 | 001003 | International Sureties | Bond Premium Payment | 2300-000 | | 23.47 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/06/09 | | Transfer from Acct #*******0711 | Transfer In From MMA Account | 9999-000 | 16,129.56 | | 16,129.56 |
| | | | Transfer funds for final distribution. ecb January 06, 2009, 01:33 pm | | | | |
| 01/07/09 | 001004 | Leonard M. Groupe | FormerTR portion of | 2100-000 | | 3,153.71 | 12,975.85 |
| | | Former Trustee | TR Final Compensation | | | | |
| | | 555 N. Skokie Blvd.  #215 | Allowed per Court Order dtd 1/5/09 | | | | |
| | | Northbrook  IL  60062 | | | | | |
| 01/07/09 | 001005 | JOSEPH A. BALDI , as Trustee | Successor TR portion of | 2100-000 | | 1,575.03 | 11,400.82 |
| | | Joseph A. Baldi & Associates | TR Final Compensation | | | | |
| | | 19 S. LaSalle Street | Allowed per Court Order | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 01/07/09 | 001006 | JOSEPH A. BALDI , as Trustee | Final Expense Reimbursement | 2200-000 | | 11.88 | 11,388.94 |
| | | Joseph A. Baldi & Associates | Allowed to Successor TR per | | | | |
| | | 19 S. LaSalle Street | Court Order dtd 1/5/09 | | | | |

FORM 2

Page:    9

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-05583  -ABG |
| Case Name: | CANTERBURY DEVELOPMENT CORP |
| Taxpayer ID No: | *******8065 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0805  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/07/09 | 001007 | Suite 1500<br>Chicago, Illinois  60603<br>Alan D. Lasko & Associates P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago  IL  60603 | Trustee's Accountant Fees | 3410-000 | | 6,532.70 | 4,856.24 |
| | 01/07/09 | 001008 | Alan D. Lasko & Associates P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago  IL  60603 | Trustee's Accountant Expenses | 3420-000 | | 69.83 | 4,786.41 |
| | 01/07/09 | 001009 | Nicolet National Bank<br>Thomas M Olejniczak<br>P O Box 23200<br>Green Bay, WI 54305 | Claim 000001B, Payment 2.53% | 7100-000 | | 1,614.10 | 3,172.31 |
| | 01/07/09 | 001010 | Crain Communications Inc<br>Vito M Coppola<br>1155 Gratiot Ave<br>Detroit MI 48207 | Claim 000002, Payment 2.53% | 7100-000 | | 9.16 | 3,163.15 |
| * | 01/07/09 | 001011 | Emanual Family Investment Fund<br>1910 First St<br>Highland Park IL 60035 | Claim 000003, Payment 2.53% | 7100-004 | | 3,163.15 | 0.00 |
| * | 03/17/09 | 001011 | Emanual Family Investment Fund<br>1910 First St<br>Highland Park IL 60035 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,163.15 | 3,163.15 |
| | 03/19/09 | 001012 | Emanual Family Investment Fund<br>Attn:  Ron Emmanuel<br>1910 First St.  Suite 300<br>Highland Park IL 60035 | Replacement Check for<br>Final Distribution from Bankruptcy Estate | 7100-000 | | 3,163.15 | 0.00 |

Ver: 14.30d

FORM 2          Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          04-05583  -ABG
Case Name:     CANTERBURY DEVELOPMENT CORP

Taxpayer ID No:   *******8065
For Period Ending:  05/26/09

Trustee Name:      Joseph A. Baldi, Trustee
Bank Name:         Bank of America, N.A.
Account Number / CD #:   *******0805  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******0805 | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 13 | Checks | 24,882.43 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 24,882.43 |
| | 0 | Adjustments In | 0.00 | | | |
| | 4 | Transfers In | 24,882.43 | | | |
| | | Total | $ 24,882.43 | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 19)*          Ver: 14.30d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 04-05583  -ABG | | | Trustee Name: | | Joseph A. Baldi, Trustee |
| Case Name: | CANTERBURY DEVELOPMENT CORP | | | Bank Name: | | Lakeside Bank |
| | | | | Account Number / CD #: | | *******5900  Checking Account |
| Taxpayer ID No: | *******8065 | | | | | |
| For Period Ending: | 05/26/09 | | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/04 | 7 | Chicago Title | Commission on real estate closing | 1121-000 | 4,175.00 | | 4,175.00 |
| 04/07/04 | 1 | Bank One | Balance in checking account | 1121-000 | 1,392.49 | | 5,567.49 |
| 04/28/04 | 1 | Automatic Dara Proc. | Balance in payroll tax account | 1121-000 | 18.60 | | 5,586.09 |
| 04/30/04 | INT | LAKESIDE BANK | Interest Earned | 1270-000 | 1.30 | | 5,587.39 |
| 05/31/04 | INT | LAKESIDE BANK | Interest Earned | 1270-000 | 2.37 | | 5,589.76 |
| 06/01/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | | 5,589.76 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Account   *******5900 | | Balance Forward | 0.00 | | |
| | 3 | Deposits | 5,586.09 | 0 Checks | 0.00 |
| | 2 | Interest Postings | 3.67 | 0 Adjustments Out | 0.00 |
| | | | | 1 Transfers Out | 5,589.76 |
| | | Subtotal | $  5,589.76 | | |
| | | | | Total | $  5,589.76 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $  5,589.76 | | |

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          04-05583  -ABG                                    Trustee Name:          Joseph A. Baldi, Trustee
Case Name:     CANTERBURY DEVELOPMENT CORP             Bank Name:             Lakeside Bank
                                                                     Account Number / CD #:     *******5900  Checking Account

Taxpayer ID No:   *******8065
For Period Ending:  05/26/09                                    Blanket Bond (per case limit):  $  5,000,000.00
                                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 8 | Deposits | 39,040.09 | 17 | Checks | 39,812.03 |
| | 72 | Interest Postings | 771.94 | 0 | Adjustments Out | 0.00 |
| | | | | 9 | Transfers Out | 142,604.65 |
| | | Subtotal | $    39,812.03 | | | |
| | | | | | Total | $   182,416.68 |
| | 0 | Adjustments In | 0.00 | | | |
| | 9 | Transfers In | 142,604.65 | | | |
| | | Total | $   182,416.68 | | Net Total Balance | $          0.00 |